UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

LYNICA MORALES,
*on behalf of herself and all others similarly situated*

              Plaintiff,

        - against -

ROCHDALE VILLAGE INC.,
MARION SCOTT REAL ESTATE INC.,
MARION SCOTT,
HERBERT FREEDMAN,

              Defendants.

-------------------------------------------------------- x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★    **SEP 2 8 2018**    ★

**BROOKLYN OFFICE**

**ORDER**

15 CV 502 (RJD) (SJB)

DEARIE, District Judge

    After review of Magistrate Judge Bulsara's Report and Recommendation, dated August 1, 2018, and the defense Objections, filed August 27, 2018, the Court adopts the Recommendation of Judge Bulsara without qualification or limitation. The court concludes that the rigorous and compelling analysis set forth in the Report will not be disturbed.

    The motion for class certification is granted. Howard Brunson and George Bell are joined as co-lead plaintiffs.

SO ORDERED.

Dated: Brooklyn, New York

    September 26, 2018

                   s/ RJD

                 RAYMOND J. DEARIE
                 UNITED STATES DISTRICT JUDGE